PAUL M. WARNER, United States Attorney (#3389))
PAUL G. AMANN, Special Assistant United States Attorney (#6465)
5272 College Drive, #200
Salt Lake City, Utah 84123
Telephone: (801) 366-0196
Facsimile: (801) 366-0242

FILED
U.S. DISTRICT COURT
2005 JUN 15 P 2:44
DISTRICT OF UTAH
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| Plaintiff, | : | VIOLATIONS OF 18 U.S.C. § 2422(b) & 21 U.S.C. § 844 |
| vs. | : | |
| DUSTIN G. ANDRUS, | : | |
| Defendant. | : | COERCION AND ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY & SIMPLE POSSESSION |

The Grand Jury charges:

Judge David K. Winder
DECK TYPE: Criminal
DATE STAMP: 06/15/2005 @ 13:03:42
CASE NUMBER: 2:05CR00415 DKW

**COUNT I**

On or about May 18, 2005, in the Central Division of the District of Utah and elsewhere,

DUSTIN G. ANDRUS,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, or attempted to so persuade, induce, entice, and coerce; all in violation of Title 18, United States Code, Section 2422(b).

## COUNT II

On or about May 18, 2005, in the Central Division of the District of Utah and elsewhere,

DUSTIN G. ANDRUS,

the defendant herein, did knowingly and intentionally possess a controlled substance, to wit: Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 844.

## NOTICE OF INTENTION TO SEEK FORFEITURE

As a result of the offense in Count I, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. Section 2253(a) any and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses pursuant to U.S.C. Section 2422(b), including but not limited to the following:

1. Personal computer black in color serial number 1S214OL5H23N8480

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

Paul G. Amann
Special Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City): CENTRAL -- DISTRICT OF UTAH

FILED DISTRICT COURT 2005 JUN 15 P 2:44 DISTRICT OF UTAH BY: DEPUTY CLERK

**OFFENSE CHARGED**

COERCION AND ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY; SIMPLE POSSESSION

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

Place of offense: Salt Lake County, Central Division, District of Utah

U.S.C. Citation: 18 : 2422(b); 21 : 844

**DEFENDANT — U.S. vs.** DUSTIN G. ANDRUS

Address:

Birth Date: ☐ Male ☐ Female ☐ Alien (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): DAVID K. WHITE - ICAC TASK FORCE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Paul M. Warner ☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PAUL AMANN, SAUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** Mo. Day Year

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** Mo. Day Year

☐ This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*

Please issue a WARRANT for subject. Subject is not in custody and is a danger to the community

Judge David K. Winder
DECK TYPE: Criminal
DATE STAMP: 06/15/2005 @ 13:03:42
CASE NUMBER: 2:05CR00415 DKW